IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 23-90731 (CML) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL
HEARING ON JUNE 20, 2023, AT 3:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for virtual hearing on **June 20, 2023, at 3:00 p.m. (prevailing Central Time)**:

A. **Evidentiary Support for First Day Motions:**

1. **First Day Declaration.** Declaration of Paul Rundell, Managing Director of Alvarez & Marsal North America, LLC, in Support of Chapter 11 Petitions and Requests for First Day Relief [Docket No. 23].

2. **Varughese Declaration.** Declaration of George Varughese in Support of Debtors' Emergency Motion for Entry of: (I) an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing for All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures, (D) Approving the Form and Manner of Related Notices, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 29].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952).  The location of the debtors' service address in these chapter 11 cases is:  520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

3. **Steele Declaration.** Declaration of Benjamin J. Steele in Support of Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4, Exhibit B].

4. **Witness & Exhibit List.** Debtors' Witness and Exhibit List for Hearing Scheduled for June 20, 2023, at 3:00 p.m. (Prevailing Central Time) [Docket No. 31].

B. First Day Motions:

1. **Joint Administration Motion.** Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3].

   **Status:** This matter is going forward.

2. **Kroll Retention Application.** Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4].

   **Status:** This matter is going forward.

3. **Insurance Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue the Insurance Program and (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief [Docket No. 5].

   **Status:** This matter is going forward.

4. **SOFAs and Schedules Extension Motion.** Debtors' Emergency Motion for Entry of an Order (I) Extending the Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 7].

   **Status:** This matter is going forward.

5. **Creditor Matrix Motion.** Debtors' Emergency Motion for Entry of an Order (I) Waiving the Requirement to File a List of Equity Security Holders, (II) Authorizing the Debtors to Redact Certain Commercial Information and Personally Identifiable Information, (III) Approving the Form and Manner of the Notice of Commencement, and (IV) Granting Related Relief [Docket No. 6].

   **Status:** This matter is going forward.

6. **Lien Claimants Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Regulatory Compliance Claimants, Lien Claimants, and 503(b)(9) Claimants, (II)

Confirming Administrative Expense Priority of Outstanding Purchase Orders, and (III) Granting Related Relief [Docket No. 8].

**Status:** This matter is going forward.

7. **Utilities Motion.** Debtors' Emergency Motion for Entry of an Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utilities from Discontinuing Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 9].

    **Status:** This matter is going forward.

8. **Taxes Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief [Docket No. 10].

    **Status:** This matter is going forward.

9. **Customer Programs Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Administer Existing Customer and Partner Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 11].

    **Status:** This matter is going forward.

10. **NOL Motion.** Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock, and (II) Granting Related Relief [Docket No. 12].

    **Status:** This matter is going forward.

11. **Wages Motion.** Debtors' Emergency Motion for Entry of Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, (II) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Plan, and (III) Granting Related Relief [Docket No. 25].

    **Status:** This matter is going forward.

12. **Rejection Procedures Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 14].

    **Status:** This matter is going forward.

13. **Bar Date Motion.**  Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief [Docket No. 15].

    **Status:** This matter is going forward.  The Debtors request entry of the proposed order at Docket No. 22.

14. **Bid Procedures Motion.**  Debtors' <u>Emergency</u> Motion for Entry of: (I) an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing for All or Substantially All of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures, (D) Approving the Form and Manner of Related Notices, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 26].

    **Status:** This matter is going forward.

15. **Cash Management Motion.**  Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Their Existing Bank Accounts, Business Forms, and Books and Records, (C) Pay Related Prepetition Obligations, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 13].

    **Status:** This matter is going forward.

16. **International Motion.**  Debtors' <u>Emergency</u> Motion for Entry of an Order Authorizing Continuation of the International Hardware Business Wind-Down [Docket No. 24].

    **Status:** This matter is going forward.

Houston, Texas
June 19, 2023

/s/ *Veronica A. Polnick*

| | |
|---|---|
| **JACKSON WALKER LLP** | **WHITE & CASE LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Gregory F. Pesce (*pro hac vice* pending) |
| J. Machir Stull (TX Bar No. 24070697) | Laura E. Baccash (*pro hac vice* pending) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | 111 South Wacker Drive, Suite 5100 |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60606 |
| Houston, Texas 77010 | Telephone: (312) 881-5400 |
| Telephone: (713) 752-4200 | Email: gregory.pesce@whitecase.com |
| Email: vpolnick@jw.com | laura.baccash@whitecase.com |
| mstull@jw.com | |
| mcavenaugh@jw.com | Charles R. Koster (TX Bar No. 24128278) |
| | 609 Main Street, Suite 2900 |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | Houston, Texas 77002 |
| | Telephone: (713) 496-9700 |
| | Email: charles.koster@whitecase.com |
| | |
| | Barrett Lingle (*pro hac vice* pending) |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 819-8200 |
| | Email: barrett.lingle@whitecase.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

      I certify that on June 19, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Veronica A. Polnick*
                                              Veronica A. Polnick