**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SURGALIGN HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-90731 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 186** |

**NOTICE OF TIME CHANGE FOR HEARING SET**
**ON EMERGENCY MOTION TO COMPEL**

On July 11, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay Against Aziyo, (II) Compelling Performance of Aziyo's Obligations Under Executory Contracts, (III) Awarding the Debtors' Attorneys' Fees and Expenses, and (IV) Granting Related Relief* [Docket No. 186] (the "Motion to Compel").

The hearing to consider the Motion to Compel is reset and now scheduled for **July 14, 2023 at 2:00 p.m. (prevailing Central Time)**, before Judge Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "Hearing").

**You may participate in the hearing either in person or by an audio and video connection.** Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510.** Once connected, you will be asked to enter the conference room number. Judge Lopez conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

All documents filed in the chapter 11 cases may be obtained by (a) visiting this Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein, and (b) the website maintained by the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/surgalign/.

Houston, Texas
July 13, 2023

/s/ *Veronica A. Polnick*

**JACKSON WALKER LLP**
Veronica A. Polnick (TX Bar No. 24079148)
J. Machir Stull (TX Bar No. 24070697)
Matthew D. Cavenaugh (TX Bar No. 24062656)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Email:          vpolnick@jw.com
                mstull@jw.com
                mcavenaugh@jw.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:     (312) 881-5400
Email:          gregory.pesce@whitecase.com
                laura.baccash@whitecase.com

Charles R. Koster (TX Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:     (713) 496-9700
Email:          charles.koster@whitecase.com

Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 819-8200
Email:          barrett.lingle@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

2

**<u>Certificate of Service</u>**

I certify that, on July 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Veronica A. Polnick*
Veronica A. Polnick

3

36831602v.1