**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SURGALIGN HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-90731 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR JULY 18, 2023 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") file their Witness and Exhibit List for the hearing to be held on **July 18, 2023 at 1:00 p.m. (prevailing Central Time)** (the "***Hearing***") as follows:

**<u>WITNESSES</u>**

The Debtors may call the following witnesses at the Hearing:

1.    Paul Rundell, Managing Director of Alvarez & Marsal North America, LLC;

2.    Any witness listed or called by any other party;

3.    Rebuttal witnesses as necessary; and

4.    The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Paul Rundell, Managing Director of Alvarez & Marsal North America, LLC, in Support of Debtors' Chapter 11 Petition and Requests for First Day Relief [Docket No. 23] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
July 14, 2023

/s/ *Veronica A. Polnick*

**JACKSON WALKER LLP**
Veronica A. Polnick (TX Bar No. 24079148)
J. Machir Stull (TX Bar No. 24070697)
Matthew D. Cavenaugh (TX Bar No. 24062656)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Email:            vpolnick@jw.com
                    mstull@jw.com
                    mcavenaugh@jw.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:      (312) 881-5400
Email:            gregory.pesce@whitecase.com
                    laura.baccash@whitecase.com

Charles R. Koster (TX Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:      (713) 496-9700
Email:            charles.koster@whitecase.com

Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:      (212) 819-8200
Email:            barrett.lingle@whitecase.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that, on July 14, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Veronica A. Polnick*
Veronica A. Polnick

36835165v.1