| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90731 |
|---|---|---|---|
| Debtor | In Re: | Surgalign Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Delaware___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-4100; crobinson@pszjlaw.com<br>DE (5524) |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 7/14/2023    Signed: /s/ Colin R. Robinson |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:      Signed: _____<br>                                    Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                        United States Bankruptcy Judge