IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SURGALIGN HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-90731 (CML) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 8, 58** |

### CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE DEBTORS' EMERGENCY LIEN CLAIMANTS MOTION

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel certifies as follows:

1. On June 19, 2023, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Regulatory Compliance Claimants, Lien Claimants, and 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Purchase Orders, and (III) Granting Related Relief* [Docket No. 8] (the "Lien Claimants Motion").

2. On June 20, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Regulatory Compliance Claimants, Lien Claimants, and 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Purchase Orders, and (III) Granting Related Relief* [Docket No. 58] (the "Interim Lien Claimants Order"). A final hearing was set for July 18, 2023 at 1:00 p.m. prevailing Central time.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

3. The deadline for parties to file objections and responses for the final relief requested was July 11, 2023 at 4:00 p.m. prevailing Central Time (the "<u>Objection Deadline</u>"). No objections or responses were filed on the docket on or before the Objection Deadline. Counsel to the Debtors did not receive any other informal responses on or before the Objection Deadline.

4. The Debtors request that the Court enter the attached proposed order at the earliest convenience of the Court.

Houston, Texas
July 14, 2023

/s/ *Veronica A. Polnick*

| | |
|---|---|
| **JACKSON WALKER LLP** | **WHITE & CASE LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Gregory F. Pesce (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Laura E. Baccash (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | 111 South Wacker Drive, Suite 5100 |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60606 |
| Houston, Texas 77010 | Telephone: (312) 881-5400 |
| Telephone: (713) 752-4200 | Email: gregory.pesce@whitecase.com |
| Email: vpolnick@jw.com | laura.baccash@whitecase.com |
| mstull@jw.com | |
| mcavenaugh@jw.com | Charles R. Koster (TX Bar No. 24128278) |
| | 609 Main Street, Suite 2900 |
| *Proposed Co-Counsel to the Debtors and* | Houston, Texas 77002 |
| *Debtors in Possession* | Telephone: (713) 496-9700 |
| | Email: charles.koster@whitecase.com |
| | |
| | Barrett Lingle (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 819-8200 |
| | Email: barrett.lingle@whitecase.com |
| | |
| | *Proposed Counsel to the Debtors and* |
| | *Debtors in Possession* |

## **Certificate of Service**

I certify that, on July 14, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Veronica A. Polnick*
Veronica A. Polnick