# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SURGALIGN HOLDINGS, INC., *et al.*[1] | ) Case No. 23-90731 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AUGMEDICS, INC.'S AMENDED WITNESS AND EXHIBIT LIST

Augmedics, Inc. ("Augmedics") files this its Amended Witness and Exhibit List to designate witnesses that it may call and exhibits that it may use at the adjourned hearing to be held on August 10, 2023 at 4:00 p.m. (Central Time) (the "Hearing") before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Avenue, Houston, Texas 77002:

### WITNESSES

1. James Garrett, Outside General Counsel at Augmedics;
2. Raj Asarpota, Chief Financial Officer at Augmedics;
3. Any person designated by any other party; and
4. Rebuttal and/or impeachment witnesses as may be appropriate.

### EXHIBITS

1. Any document filed in the Debtors' chapter 11 cases;

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

2. Any exhibit(s) designated or admitted into evidence by any other party; and

3. Any rebuttal and/or impeachment exhibits as appropriate.

## RESERVATION OF RIGHTS

Augmedics reserves the right to amend and/or supplement this Amended Witness and Exhibit List prior to the Hearing.

Dated: August 10, 2023

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Deborah M. Perry*
    Deborah M. Perry
    Texas Bar No. 24002755
    Garrick C. Smith
    Texas Bar No. 24088435
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    E-mail:  dperry@munsch.com
    E-mail:  gsmith@munsch.com

and

**Law Office of Nathan A. Schultz, P.C.**
Nathan A. Schultz (admitted *pro hac vice*)
10621 Craig Road
Traverse City, MI 49686
310-429-7128
nschultzesq@gmail.com

**ATTORNEYS FOR AUGMEDICS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of August 2023, a true and correct copy of the foregoing document was served via ECF notification on all parties receiving ECF notification in this Bankruptcy Case.

/s/ *Garrick C. Smith*
Garrick C. Smith