**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SURGALIGN HOLDINGS, INC., *et al.*[1] | ) | Case No. 23-90731 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF CLOSING OF SALE OF THE DEBTORS'
GLOBAL HARDWARE BUSINESS TO XTANT MEDICAL HOLDINGS, INC.**

**PLEASE TAKE NOTICE** that on June 30, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") entered the *Order (A) Establishing Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into Stalking Horse Agreement, (C) Establishing Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Related Notices, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief* [Docket No. 137] (the "**Bid Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that on July 28, 2023, in accordance with the Bid Procedures Order, the Debtors filed the *Notice of Successful Bidder and Back-Up Bidder with Respect to the Auction of the Debtors' Assets* [Docket No. 290], which, among other things, provided notice that Xtant Medical Holdings, Inc. ("**Xtant**") was the Successful Bidder for the Debtors' assets related to the Debtors' Global Hardware Business.

**PLEASE TAKE FURTHER NOTICE** on August 8, 2023, the Sale Hearing to consider approval of the Sale to Xtant was held before the Bankruptcy Court, during which the Bankruptcy Court approved the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on August 9, 2023, the Bankruptcy Court entered the *Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Related to Debtors' Global Hardware Business to Xtant Medical Holdings, Inc. Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed in the Bid Procedures Order or Bid Procedures [Docket No. 139], as applicable.

*Certain Executory Contracts and Unexpired Leases in Connection Therewith; (III) Authorizing the Sale Transaction; and (IV) Granting Related Relief* [Docket No. 329] (the "**Sale Order**").  The Asset Purchase Agreement, dated as of June 18, 2023, by and between Xtant Medical Holdings, Inc. and Surgalign Holdings, Inc. is attached as Exhibit A to the Sale Order.

**PLEASE TAKE FUTHER NOTICE** that the Closing of the Sale to Xtant occurred on August 10, 2023.

**PLEASE TAKE FUTHER NOTICE** that under section 365 of the Bankruptcy Code, the Debtors have assumed and assigned to Xtant the contracts listed on Exhibit B to the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, by (i) visiting the case website at https://restructuring.ra.kroll.com/surgalign, (ii) calling Kroll toll-free at (833) 939-6015 (or (646) 440-4843 for calls originating outside of the U.S.), or (iii) sending an email to surgaligninfo@ra.kroll.com.

Houston, Texas
August 10, 2023

/s/ *Veronica A. Polnick*

| | |
|---|---|
| **JACKSON WALKER LLP** | **WHITE & CASE LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Gregory F. Pesce (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Laura E. Baccash (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | 111 South Wacker Drive, Suite 5100 |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60606 |
| Houston, Texas 77010 | Telephone:     (312) 881-5400 |
| Telephone:     (713) 752-4200 | Email:     gregory.pesce@whitecase.com |
| Email:     vpolnick@jw.com | laura.baccash@whitecase.com |
| mstull@jw.com | |
| mcavenaugh@jw.com | Charles R. Koster (TX Bar No. 24128278) |
| | 609 Main Street, Suite 2900 |
| *Proposed Co-Counsel to the Debtors and* | Houston, Texas 77002 |
| *Debtors in Possession* | Telephone:     (713) 496-9700 |
| | Email:     charles.koster@whitecase.com |
| | |
| | Barrett Lingle (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone:     (212) 819-8200 |
| | Email:     barrett.lingle@whitecase.com |
| | |
| | *Proposed Counsel to the Debtors and* |
| | *Debtors in Possession* |

## Certificate of Service

I certify that on August 10, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Veronica A. Polnick*
Veronica A. Polnick