IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., *et al.*[1] | ) ) ) | Case No. 23-90731 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF CLOSING OF SALE OF THE DEBTORS' DIGITAL HEALTH BUSINESS ASSETS TO AUGMEDICS, INC.

**PLEASE TAKE NOTICE** that on June 30, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") entered the *Order (A) Establishing Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into Stalking Horse Agreement, (C) Establishing Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Related Notices, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief* [Docket No. 137] (the "**Bid Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that on July 28, 2023, in accordance with the Bid Procedures Order, the Debtors filed the *Notice of Successful Bidder and Back-Up Bidder with Respect to the Auction of the Debtors' Assets* [Docket No. 290], which, among other things, provided notice that Augmedics, Inc. ("**Augmedics**") was the Successful Bidder for the Debtors' Digital Health Business Assets.

**PLEASE TAKE FURTHER NOTICE** that on August 8, 2023, the Debtors filed the *Notice of New Successful Bidder for the Sale of Certain of the Debtors' Digital Assets* [Docket No. 316], which, among other things, provided notice that Surgical Theater, Inc. was the Successful Bidder for the Digital Health Business Assets.

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2023, the Debtors filed the *Amended Notice of Successful Bidder for the Sale of Certain of the Debtors' Digital Assets* [Docket

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is:  520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed in the Bid Procedures Order, Bid Procedures [Docket No. 139], or the Sale Order, as applicable.

No. 330], which provided notice that Augmedics was selected as the Successful Bidder for the Digital Health Business Assets.

**PLEASE TAKE FURTHER NOTICE** on August 10, 2023, the Sale Hearing to consider approval of the sale to Augmedics was held before the Bankruptcy Court, during which the Bankruptcy Court approved the sale.

**PLEASE TAKE FURTHER NOTICE** that, on August 10, 2023, the Bankruptcy Court entered the *Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Digital Health Business Assets to Augmedics, Inc. Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Sale Transaction; and (III) Granting Related Relief* [Docket No. 338] (the "**Sale Order**").  The Asset Purchase Agreement, dated as of August 9, 2023, by and among Augmedics and the Debtors, is attached as Exhibit A to the Sale Order.

**PLEASE TAKE FUTHER NOTICE** that the Closing of the sale to Augmedics occurred on August 11, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, by (i) visiting the case website at https://restructuring.ra.kroll.com/surgalign, (ii) calling Kroll toll-free at (833) 939-6015 (or (646) 440-4843 for calls originating outside of the U.S.), or (iii) sending an email to surgaligninfo@ra.kroll.com.

Houston, Texas
August 11, 2023

/s/ *Veronica A. Polnick*

**JACKSON WALKER LLP**
Veronica A. Polnick (TX Bar No. 24079148)
J. Machir Stull (TX Bar No. 24070697)
Matthew D. Cavenaugh (TX Bar No. 24062656)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Email:   vpolnick@jw.com
     mstull@jw.com
     mcavenaugh@jw.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:   (312) 881-5400
Email:   gregory.pesce@whitecase.com
     laura.baccash@whitecase.com

Charles R. Koster (TX Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:   (713) 496-9700
Email:   charles.koster@whitecase.com

Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 819-8200
Email:   barrett.lingle@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on August 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Veronica A. Polnick*
      Veronica A. Polnick