**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SURGALIGN HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-90731 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF NO OBJECTION TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF JUNE 30, 2023**
(Related Docket No. 305)

The undersigned hereby certifies as follows:

1. On August 5, 2023, the *Application Of The Official Committee Of Unsecured Creditors To Retain And Employ Pachulski Stang Ziehl & Jones LLP As Counsel Effective As Of June 30, 2023* [Docket No. 305] (the "Application") was filed with the Court by the Official Committee of Unsecured Creditors.

2. Responses, if any, to the Application were required to have been filed with the Court on or before August 28, 2023 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

DOCS_NY:48343.1 82269/002

-1-

the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto be entered at the earliest convenience of the Court.

Dated:  August 30, 2023                          Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES, LLP**

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email:   mwarner@pszjlaw.com
             bwallen@pszjlaw.com

– and –

Bradford J. Sandler (to be admitted *pro hac vice*)
Robert J. Feinstein (to be admitted *pro hac vice*)
Cia H. Mackle (to be admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:       bsandler@pszjlaw.com
                rfeinstein@pszjlaw.com
                cmackle@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of August, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                */s/ Michael D. Warner*
                                                Michael D. Warner