**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SURGALIGN HOLDINGS, INC., *et al.*[1] | ) Case No. 23-90731 (CML) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF (I) ENTRY OF AN ORDER APPROVING
THE DISCLOSURE STATEMENT AND CONFIRMING
THE JOINT CHAPTER 11 PLAN OF SURGALIGN HOLDINGS, INC.
AND ITS AFFILIATED DEBTORS AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on September 27, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered the *Order (I) Approving the Disclosure Statement, (II) Confirming the Joint Chapter 11 Plan of Surgalign Holdings, Inc. and Its Affiliated Debtors, and (III) Granting Related Relief* [Docket No. 485] (the "**Confirmation Order**") confirming the Plan[2] and approving the Disclosure Statement of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **October 2, 2023**.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved, among other things, certain discharge, release, exculpation, injunction, and related provisions in Article XII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Wind-Down Debtors, the Plan Administrator, and any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Surgalign Holdings, Inc. and Its Affiliated Debtors* [Docket No. 477] (as may be amended, supplemented, or modified from time to time and including all exhibits and supplements thereto, the "**Plan**") or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that except as otherwise set forth in the Plan, the Confirmation Order, or the Administrative Claims Bar Date Order [Docket No. 404], all Proofs of Administrative Claim for any Administrative Claim arising after August 29, 2023, must be filed so that they are actually received by the Claims and Noticing Agent by 5:00 p.m. (prevailing Central Time) on November 1, 2023.[3]  **HOLDERS WHO ARE REQUIRED BUT FAIL TO FILE AND SERVE A REQUEST FOR PAYMENT OF AN ADMINISTRATIVE CLAIM (OTHER THAN A PROFESSIONAL FEE CLAIM) BY THE ADMINISTRATIVE CLAIMS BAR DATE SHALL BE FOREVER BARRED FROM ASSERTING SUCH ADMINISTRATIVE CLAIM AGAINST THE DEBTORS, THE ESTATES, THE WIND-DOWN DEBTORS OR THEIR RESPECTIVE PROPERTY, AND SUCH ADMINISTRATIVE CLAIM WILL BE DEEMED DISALLOWED AND EXPUNGED AS OF THE EFFECTIVE DATE.**

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain copies of the Confirmation Order, the Plan, the Plan Supplement, the Administrative Claims Bar Date Order, or related documents, such materials are available free of charge by:  (a) accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/surgalign; (b) writing to Surgalign Holdings, Inc., c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412 Brooklyn, NY 11232; (c) calling (833) 939-6015 (U.S./Canada toll free) or +1 (646) 440-4843 (International, for calls originating outside of the U.S./Canada); or (d) emailing surgaligninfo@ra.kroll.com (with "Surgalign Holdings, Inc. Solicitation" in the subject line).  You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee via PACER at http://www.txs.uscourts.gov.

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE, PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION LLC BY CALLING (833) 939-6015 (TOLL FREE) OR (646) 440-4843 (INTERNATIONAL)**

---

[3]  Copies of the Proof of Administrative Claim Form may be obtained by: (i) calling the Claims and Noticing Agent at (833)-939-6015 (toll free) or +1 (646)-440-4843 (international); or (ii) visiting https://restructuring.ra.kroll.com/surgalign.

Houston, Texas
October 2, 2023

*/s/ Veronica A. Polnick*

| | |
|---|---|
| **JACKSON WALKER LLP** | **WHITE & CASE LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Gregory F. Pesce (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Laura E. Baccash (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | 111 South Wacker Drive, Suite 5100 |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60606 |
| Houston, Texas 77010 | Telephone: (312) 881-5400 |
| Telephone: (713) 752-4200 | Email: gregory.pesce@whitecase.com |
| Email: vpolnick@jw.com | laura.baccash@whitecase.com |
| mstull@jw.com | |
| mcavenaugh@jw.com | Charles R. Koster (TX Bar No. 24128278) |
| | 609 Main Street, Suite 2900 |
| *Co-Counsel to the Debtors and* | Houston, Texas 77002 |
| *Debtors in Possession* | Telephone: (713) 496-9700 |
| | Email: charles.koster@whitecase.com |
| | |
| | Barrett Lingle (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 819-8200 |
| | Email: barrett.lingle@whitecase.com |
| | |
| | *Counsel to the Debtors and* |
| | *Debtors in Possession* |

**Certificate of Service**

      I certify that on October 2, 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Veronica A. Polnick*
      Veronica A. Polnick