UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| SURGALIGN HOLDINGS, INC., *et al.*, | ) | CASE NO. 23-90731 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF JALEESA JOHNSON SUPPORTING
TENNESSEE DEPARTMENT OF REVENUE'S RESPONSE
TO FIRST OMNIBUS OBJECTION, SCHEDULE 1, OBJECTION 5**

STATE OF TENNESSEE   )

COUNTY OF DAVIDSON   )

The affiant, Jaleesa Johnson, pursuant to 28 U.S.C. § 1746(2), declares, certifies, verifies, and states under penalty of perjury that the following is true and correct:

1. My name is Jaleesa Johnson, and I am employed by the Tennessee Department of Revenue ("Department"), Collection Service Division, Bankruptcy Unit, as a Revenue Collections Specialist 2.

2. In my official capacity, I handle Department claims in bankruptcy cases, including this case.

3. In my official capacity, I monitor filing deadlines for tax returns of entities with tax accounts in bankruptcy cases in which the Department has claims, including this case.

4. According to the records of the Department, Pioneer Surgical Technology, Inc., has an open and active Tennessee franchise and excise tax account with the Department.

5. According to the records of the Department, Pioneer Surgical Technology, Inc., has not filed its Tennessee franchise and excise tax return for the 2022 tax year.

6.  According to the records of the Department, the extended deadline for Pioneer Technology, Inc., to file its Tennessee franchise and excise tax return for the 2022 tax year is November 15, 2023.

Pursuant to 28 U.S.C. § 1746(2), I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed on 10-03-23

/s/ Jaleesa Johnson
Signature of Jaleesa Johnson

Respectfully submitted,

Jonathan Skrmetti
Attorney General & Reporter

/s/ Stephen R. Butler
STEPHEN R. BUTLER, BPR #014772
Senior Assistant Attorney General
Office of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-8718
agbanktexas@ag.tn.gov
On behalf of the TN Dept. of Revenue

**CERTIFICATE OF SERVICE**

I do hereby certify that, on _October 3_, 2023, a true and exact copy of the foregoing was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Stephen R. Butler
STEPHEN R. BUTLER