UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SURGALIGN HOLDINGS, INC., *et al.*,[1] | ) ) | 23-90731 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DEBTORS' THIRD OMNIBUS
OBJECTION TO CLAIMS (SNH CLAIMS) WITH PREJUDICE**

PLEASE TAKE NOTICE that Steven Balasiano, the Plan Administrator duly appointed under the *Order (I) Approving the Disclosure Statement, (II) Confirming the Joint Chapter 11 Plan of Surgalign Holdings, Inc. and its Affiliated Debtors, and (III) Granting Related Relief* entered on September 27, 2023 [Docket No. 485][2], hereby withdraws **with prejudice** the above-captioned *Debtors' Third Omnibus Objection to Claims (SNH Claims)* [Docket No. 449], pursuant to the *Stipulation and Agreed Order under Bankruptcy Rule 9019 Resolving Potential Claims and Causes of Action among the Debtors and SNH Medical Office Properties Trust*, entered on September 22, 2023, by the United States Bankruptcy Court for the Southern District of Texas [Docket No. 467].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

[2] The Chapter 11 Plan went effective on October 2, 2023, thereby vesting in the Plan Administrator the power, among other things, to withdraw claim objections.

DOCS_NY:48809.1 82269/003

Dated: October 24, 2023          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Bradford J. Sandler (admitted *pro hac vice*)
Robert J. Feinstein (admitted *pro hac vice*)
Cia H. Mackle (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:     bsandler@pszjlaw.com
              rfeinstein@pszjlaw.com
              cmackle@pszjlaw.com

*Counsel to the Plan Administrator*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2023, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner