IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| SURGALIGN HOLDINGS, INC., *et al.*, | ) | Case No. 23-90731 (CML) |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 446, 493** |
| | ) | |

**AGREED ORDER ABATING THE DEBTORS'
FIRST OMNIBUS OBJECTION WITH RESPECT TO CLAIM NUMBER 3**

WHEREAS, on September 10, 2023, the Debtors filed the *Debtors' First Omnibus Objection to Claims (No Liability Claims)* [Docket No. 446] (the "Objection"), which includes an objection to the Tennessee Department of Revenue's (the "Department's") proof of claim, Claim number 3;

WHEREAS, on October 3, 2023, the Department filed the *Tennessee Department of Revenue's Response to First Omnibus Objection, Schedule 1, Objection 5* [Docket No. 493] (the "Response"); and

WHEREAS, the Debtors and the Department agree to abate the Objection and Response with respect to Claim number 3 until November 30, 2023, in the interests of judicial economy;

IT IS HEREBY ORDERED THAT the Objection and the Response with respect to Claim number 3 are held in abeyance until November 30, 2023, by which date the Debtors and the Department either will submit a proposed agreed order resolving the Objection and Response or will set the Objection and the Response for hearing at a later date.

Signed: November ___, 2023

_____
**CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:245641.1 82269/003

Respectfully submitted and approved for entry,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Stephen R. Butler*
Stephen R. Butler (TN BPR No. 014772)
(Admitted *pro hac vice*)
Senior Assistant Attorney General
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
Email: agbanktexas@ag.tn.gov
PH: 615-532-8718
FX: 615-741-3334
*For TN Dept. of Revenue*


Dated:  October 24, 2023


PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Bradford J. Sandler (admitted pro hac vice)
Robert J. Feinstein (admitted pro hac vice)
Cia H. Mackle (admitted pro hac vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:      bsandler@pszjlaw.com
            rfeinstein@pszjlaw.com
            cmackle@pszjlaw.com


*Counsel to Plan Administrator*