**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **SURGALIGN HOLDINGS, INC., et al.**[1] | § | **Case No. 23-90731** |
| | § | |
| | § | **(Jointly Administered)** |
| **DEBTORS.** | § | |

**UNITED STATES TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS CASE**

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

Please take notice that Kevin M. Epstein, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), has received outstanding post confirmation reports and withdraws the United States Trustee's Motion to Dismiss Case filed on August 26, 2026, at ECF No. 619.

Dated: August 31, 2026

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: */s/ C. Ross Travis*
C. Ross Travis
Trial Attorney
LA Bar No. 40083
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (202) 603-5225
Facsimile: (713) 718-4670
**C.Ross.Travis@usdoj.gov**

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if any), are: Surgalign Holdings, Inc. (0607); Surgalign Spine Technologies, Inc. (6543); Pioneer Surgical Technology NewCo Inc.; Spinal Transition and Professional Services LLC; Andi's Belmarall, LLC; Fourth Dimension Spine, LLC (1107); Holo Surgical Inc. (4079); and HoloSurgical Technology Inc. (0952). The location of the debtors' service address in these chapter 11 cases is: 520 Lake Cook Road, Suite 315, Deerfield, Illinois 60015.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served by ECF transmission on August 31, 2026.

/s/ *C. Ross Travis*
C. Ross Travis